# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUORIE STANSELL,<br><br>            Petitioner,<br><br>    v.<br><br>WARREN L. MONTGOMERY,<br>Warden,<br><br>            Respondent. | Case No. CV 16-1223-DSF (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. On May 25, 2017, Petitioner filed Objections, in which he objects to the R. & R. in its entirety, relying on the arguments in the Petition and Traverse. Those arguments were thoroughly addressed and rejected in the R. &. R. Having reviewed de novo those portions of the R. & R. to which objections were filed, the Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that the Petition is denied and Judgment be entered dismissing this action with prejudice.

DATED: 6/27/17

                                            DALE S. FISCHER<br>                                            U.S. DISTRICT JUDGE